WILLIAM A. CRAIG, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Action for personal injuries sustained by the plaintiff by reason of the alleged negligence of defendant. The complaint alleges that plaintiff was a passenger on one of the trains of defendant at its railway station at Utica, N. Y., having purchased a round-trip ticket from the city of New York to Utica; that while the cars of said train were standing in the station depot at Utica, he was

struck without provocation by an intoxicated person who was permitted to board the train in which plaintiff was a passenger. Judgment dismissing the complaint at the close of the case affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.; McAvoy, J., dissents and votes to reverse and grant a new trial.